**RICHARD M. ROGERS, #045843**
**LAW OFFICE OF RICHARD M. ROGERS**
100 Bush Street, #1980
San Francisco, CA  94104
Telephone:     415/981-9788
Facsimile:      415/981-9798
Email:            RogersRMR@yahoo.com

Attorneys for Plaintiff
**DONNA D. ALLEN**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA D. ALLEN, <br><br>          Plaintiff, <br><br>     v. <br><br> NEIGHBORHOOD HOUSING SERVICES SILICON VALLEY, <br><br>          Defendants. | Case No.:  C12-01656 PSG <br><br> Case filed:          04/03/12 <br> Trial date:           TBA <br><br> **PLAINTIFF'S REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE; DECLARATION; [~~PROPOSED~~] ORDER** <br><br> Date:                07/03/12 <br> Time:                2:00pm <br> Location:           Courtroom 5, San Jose |

1.      Plaintiff requests a continuance of the Case Management Conference from July 3, 2012, to July 24, 2012, on the ground that Plaintiff's counsel is scheduled for vacation from July 1 through July 9, 2012. I spoke to defense counsel. He has no objection to continuing the Case Management Conference.

Dated: June 18, 2012

Respectfully submitted,

LAW OFFICE OF RICHARD M. ROGERS

By: _____
RICHARD M. ROGERS
Attorneys for Plaintiff

### DECLARATION

I, Richard M. Rogers, hereby declares:

2.      I am the Plaintiff's attorney herein.

3.      I am a sole practitioner.

4.      I have a vacation scheduled for July 1, 2012, through July 9, 2012. I will be in Washington, DC, to attend my nephew's wedding.

5.      I spoke to defense counsel. He has no objection to continuing the Case Management Conference.

6.      The airline tickets have been purchased.

I have personal knowledge of the foregoing and am competent to testify thereto.

I declare under penalty of perjury, under the laws of the State of California, and the United States of America, that the foregoing is true and correct.

Executed at   San Francisco  , California, this 18th day of June, 2012.

_____
RICHARD M. ROGERS

**IT IS SO ORDERED.**

Dated: June 18, 2012          By: _____
PAUL SINGH GREWAL, MAGISTRATE JUDGE

CASE NO. C12-01656 PSG -- PLAINTIFF'S REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE; DECLARATION; ORDER

ALLEN
/JCMC.REQ

1