**RICHARD M. ROGERS, #045843**
**LAW OFFICE OF RICHARD M. ROGERS**
100 Bush Street, #1980
San Francisco, CA 94104
Telephone: 415/981-9788
Facsimile: 415/981-9798
Email: RogersRMR@yahoo.com

Attorneys for Plaintiff
**DONNA D. ALLEN**

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA D. ALLEN, <br><br> Plaintiff, <br><br> v. <br><br> NEIGHBORHOOD HOUSING SERVICES SILICON VALLEY, <br><br> Defendants. | Case No.: C12-01656 PSG <br><br> Case filed: 04/03/12 <br> Trial date: TBA <br><br> **PLAINTIFF'S REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE; DECLARATION; [~~PROPOSED~~] ORDER** <br><br> Date: 07/03/12 <br> Time: 2:00pm <br> Location: Courtroom 5, San Jose |

CASE NO. C12-01656 PSG -- PLAINTIFF'S REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE; DECLARATION; ORDER

ALLEN
/JCMC.REQ

1.     Plaintiff requests a continuance of the Case Management Conference from July 3, 2012, to July 24, 2012, on the ground that Plaintiff's counsel is scheduled for vacation from July 1 through July 9, 2012. I spoke to defense counsel. He has no objection to continuing the Case Management Conference.

Respectfully submitted,

Dated: June 18, 2012

LAW OFFICE OF RICHARD M. ROGERS

By: _____
RICHARD M. ROGERS
Attorneys for Plaintiff

## DECLARATION

I, Richard M. Rogers, hereby declares:

2.     I am the Plaintiff's attorney herein.

3.     I am a sole practitioner.

4.     I have a vacation scheduled for July 1, 2012, through July 9, 2012. I will be in Washington, DC, to attend my nephew's wedding.

5.     I spoke to defense counsel. He has no objection to continuing the Case Management Conference.

6.     The airline tickets have been purchased.

I have personal knowledge of the foregoing and am competent to testify thereto.

I declare under penalty of perjury, under the laws of the State of California, and the United States of America, that the foregoing is true and correct.

Executed at   San Francisco  , California, this 18th day of June , 2012.

_____
RICHARD M. ROGERS

IT IS SO ORDERED.

Dated: June 18, 2012     By: _____
PAUL SINGH GREWAL, MAGISTRATE JUDGE

CASE NO. C12-01656 PSG -- PLAINTIFF'S REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE; DECLARATION; ORDER