**RICHARD M. ROGERS, #045843**
**LAW OFFICE OF RICHARD M. ROGERS**
100 Bush Street, #1980
San Francisco, CA  94104
Telephone:     415/981-9788
Facsimile:      415/981-9798
Email:             RogersRMR@yahoo.com

Attorneys for Plaintiff
**DONNA D. ALLEN**

*GRANTED*
*Judge Paul S. Grewal*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA D. ALLEN, <br><br> Plaintiff, <br><br> v. <br><br> NEIGHBORHOOD HOUSING SERVICES SILICON VALLEY, <br><br> Defendants. | Case No.:  C12-01656 PSG <br><br> Case filed:            04/03/12 <br> Trial date:            09/02/13 <br><br> **PLAINTIFF'S REQUEST TO APPEAR TELEPHONICALLY AT HEARING FOR MOTION TO COMPEL FURTHER RESPONSES TO INTERROGATORIES AND FOR SANCTIONS** <br><br> Date:        11/27/12 <br> Time:       10:00am <br> Location:  Courtroom 5, 4th Floor, San Jose, CA |

CASE NO. C12-01656 PSG -- PLAINTIFF'S REQUEST  TO APPEAR TELEPHONICALLY AT HEARING FOR MOTION TO COMPEL FURTHER RESPONSES TO INTERROGATORIES AND FOR SANCTIONS

ALLEN
/PMO2COMPEL.TEL

Plaintiff's counsel hereby requests to appear telephonically at the hearing on this motion because of a previous commitment which closely follows the hearing of this matter. The undersigned does not believe he can appear in San Jose at 10:00 a.m. for the hearing and have enough time to get to his scheduled meeting in San Francisco.

                                                                                           Respectfully submitted,

Dated:_____11/12/11_____       LAW OFFICE OF RICHARD M. ROGERS

                                                    By:____/s/ Richard M. Rogers_____
                                                                         RICHARD M. ROGERS
                                                                         Attorneys for Plaintiff

ALLEN
/PMO2COMPEL.TEL

CASE NO. C12-01656 PSG -- PLAINTIFF'S REQUEST TO APPEAR TELEPHONICALLY AT HEARING FOR MOTION TO COMPEL FURTHER RESPONSES TO INTERROGATORIES AND FOR SANCTIONS

1