
**RICHARD M. ROGERS, #045843**
**LAW OFFICE OF RICHARD M. ROGERS**
100 Bush Street, #1980
San Francisco, CA  94104
Telephone:   415/981-9788
Facsimile:   415/981-9798
Email:         RogersRMR@yahoo.com

Attorneys for Plaintiff
**DONNA D. ALLEN**

*GRANTED*
*[signature]*
*Judge Paul S. Grewal*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA D. ALLEN, <br><br>    Plaintiff, <br><br> v. <br><br> NEIGHBORHOOD HOUSING SERVICES SILICON VALLEY, <br><br>    Defendants. | Case No.:  C12-01656 PSG <br><br> Case filed:   04/03/12 <br> Trial date:   09/02/13 <br><br> **PLAINTIFF'S REQUEST TO APPEAR TELEPHONICALLY AT HEARING FOR MOTION TO COMPEL FURTHER RESPONSES TO INTERROGATORIES AND FOR SANCTIONS** <br><br> Date:       11/27/12 <br> Time:      10:00am <br> Location:  Courtroom 5, 4th Floor, San Jose, CA |

CASE NO. C12-01656 PSG -- PLAINTIFF'S REQUEST TO APPEAR TELEPHONICALLY AT HEARING FOR MOTION TO COMPEL FURTHER RESPONSES TO INTERROGATORIES AND FOR SANCTIONS

ALLEN
/PMO2COMPEL.TEL

Plaintiff's counsel hereby requests to appear telephonically at the hearing on this motion because of a previous commitment which closely follows the hearing of this matter. The undersigned does not believe he can appear in San Jose at 10:00 a.m. for the hearing and have enough time to get to his scheduled meeting in San Francisco.

                                            Respectfully submitted,

Dated:       11/12/11                      LAW OFFICE OF RICHARD M. ROGERS

                                            By:    /s/ Richard M. Rogers
                                                         RICHARD M. ROGERS
                                                         Attorneys for Plaintiff

ALLEN
/PMO2COMPEL.TEL

CASE NO. C12-01656 PSG -- PLAINTIFF'S REQUEST TO APPEAR TELEPHONICALLY AT HEARING FOR MOTION TO COMPEL FURTHER RESPONSES TO INTERROGATORIES AND FOR SANCTIONS

1