UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DONNA D. ALLEN, <br><br> Plaintiff, <br> v. <br><br> NEIGHBORHOOD HOUSING SERVICES SILICON VALLEY, <br><br> Defendant. | Case No.: 12-1656 PSG <br><br> **ORDER RE: SETTLEMENT CONFERENCE** |

The court has been informed that the parties would like to participate in a settlement conference with a magistrate judge. The parties shall contact Judge Howard Lloyd's chambers as soon as possible to schedule with him a settlement conference.

**IT IS SO ORDERED**

Dated:   July 15, 2013

_____
PAUL S. GREWAL
United States Magistrate Judge

Case No.: 12-1656 PSG
ORDER                                1